ORRIN OSTRANDER *vs.* WILLIAM EVEREST.

November 1, 1890.

Evidence *held* to sustain the verdict.

Action brought in the district court for Crow Wing county, to recover possession of certain pine logs, formerly belonging to one Monroe, under whom both parties claimed title. At the trial, before *Holland*, J., the plaintiff had a verdict of $157.50. A motion for a new trial was made before *Stearns*, J., (owing to the illness of Judge Holland,) and was denied, and the defendant appealed.

*W. S. McClenahan*, for appellant.

*Wetherby & True*, for respondent.

GILFILLAN, C. J. The only question in the case is, was plaintiff's purchase of the logs from Monroe, or the scaling and delivery of them to defendant under his contract with Monroe for the purchase by defendant, not of any particular logs, but of 56,000 feet of logs, prior in point of time? It was a question for the jury, and there is evidence to sustain their finding for plaintiff.

Order affirmed.